ECONOMY HOLDING CORPORATION v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

HARRY V. LYONS v. NEW YORK WORLD-TELEGRAM CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY to Acquire Title to Certain Lands in the Borough of Manhattan, City, County and State of New York, for the Construction of an Interstate Vehicular Tunnel under the Hudson River, between the Borough of Manhattan, City and State of New York, and the Township of Weehawken, County of Hudson, State of New Jersey, v. SOLOMON AND BERCK Co., INC., Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH L. GAVIGAN v. UNITED THRIFT PLAN, INC.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SCHERING & GLATZ v. AMERICAN PHARMACEUTICAL Co., INC., Impleaded with CHEMICAL FOUNDATION, INCORPORATED.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MARTIN McMAHON for a Peremptory Order of Mandamus against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of JOHN PARKER, a Member of the American Society of Mechanical Engineers, v. AMERICAN SOCIETY OF MECHANICAL ENGINEERS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

BENJAMIN H. ROTH and Another v. ISIDORE N. STERN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

MILTON L. COLEMAN, as Committee of the Person and Property of IRMA STEINBACH COHN, an Incompetent Person, v, NATIONAL SURETY CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

STEPHEN S. JOHNSON, JR., v. TRAVELERS INSURANCE COMPANY.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.